STATE OF NEW JERSEY v. MORRIS L. DAVIS.

May 28, 1980.

Petition for certification denied.

CALDWELL CHISHOLM v. KEYSTONE INSURANCE COMPANY.

May 28, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD LEONARDIS.

May 28, 1980.

Petition for certification denied.